**Ronnie Matthews COUSINS,
Plaintiff-Appellant,**

v.

**Justin R. ARONSON, Police
Officer/Sergeant #354,
Defendant-Appellee.**

Ronnie Matthews Cousins,
Plaintiff-Appellant,

v.

Justin R. Aronson, Police
Officer/Sergeant #354,
Defendant-Appellee.

No. 17-6217, No. 17-6339

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2017

Decided: June 27, 2017

Ronnie Matthews Cousins, Appellant Pro Se. Julie A. C. Seyfarth, Assistant County Attorney, Emily Claire Russell, CHESTERFIELD COUNTY ATTORNEY'S OFFICE, Chesterfield, Virginia, for Appellee.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Ronnie Matthews Cousins appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cousins v. Aronson,* No. 1:15-cv-01505-CMH-JFA, 2017 WL 101313 (E.D. Va. Jan. 10, 2017; Feb. 14, 2017; Feb. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*